**Motion to Abate Denied and Memorandum Opinion filed May 25, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00063-CR

**LARRY  LAUSCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CR-3088**

## MEMORANDUM  OPINION

Appellant was convicted of two counts of the felony offense of indecency with a child by contact and punishment was assessed at four years' confinement. Subsequently, the trial court granted appellant's motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*,

915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)